# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kelly, Claire R. | U.S. Court of International Trade | 04/19/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of International Trade Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

One Federal Plaza, New York, NY 10278-0001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Board Member | Brooklyn Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | United States Judges, Administrative Office of the US Courts | $205,605.76 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Hewlett-Woodmere Union Free School District - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | United States Court of International Trade | 02/07/14 | Washington, D.C. | CITBA Luncheon | Travel |
| 2. | Administrative Office, United States Courts | 02/23/14-02/28/14 | Washington, D.C. | Phase II Orientation Training | Travel, Hotel, Meals |
| 3. | Administrative Office, United States Courts | 05/01/14-05/03/14 | Washington, D.C. | FJC National Workshop | Travel, Hotel, Meals |
| 4. | United States Court of International Trade | 07/23/014 | Washington, D.C. | Judicial Conference Meeting | Travel |
| 5. | United States Court of International Trade | 9/11/14-9/12/14 | Washington, D.C. | Judicial Conference and CIT Training | Travel, Hotel, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Claire R.** | 04/19/2015 |

| 6. | NY Intellectual Proeprty Law Association | 03/23/14 | New York | Annual Dinner in Honor of Judiciary | Travel and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kelly, Claire R.** | 04/19/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Brooklyn Law School | Table for Alumni Luncheon Honoring Reportee | $935.00 |
| 2. Brooklyn Law School | Tiffany Bowl for Alumni of the Year Award | $490.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/19/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank - Cash Accounts | A | Interest | L | T | | | | | |
| 2. Nassau Educators Federal Credit Union - Cash Account | A | Interest | J | T | | | | | |
| 3. BROKERAGE ACCCOUNT #1 (H) | | | | | | | | | |
| 4. - Allianz NFJ Small Cap Value Fund | B | Dividend | J | T | | | | | |
| 5. - American Century Heritage Fund | B | Dividend | J | T | | | | | |
| 6. - Davis New York Venture Fund | C | Dividend | K | T | | | | | |
| 7. - American Funds Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 8. - Gabelli Value Fund | B | Dividend | K | T | | | | | |
| 9. - American Funds Growth Fund of America | C | Dividend | K | T | | | | | |
| 10. - Oppenheimer Limited Term New York Muni Fund | A | Dividend | J | T | | | | | |
| 11. - American Funds Washtington Mutual Investors | C | Dividend | K | T | | | | | |
| 12. - Raymond James Cash Account | A | Interest | J | T | | | | | |
| 13. IRA / #1 (H) | | | | | | | | | |
| 14. - Furmanite Corp. Stock (common) | | None | J | T | | | | | |
| 15. - Revlon Inc. Stock (common) | | None | K | T | | | | | |
| 16. - American Funds American High Interest Trust | A | Dividend | J | T | | | | | |
| 17. - American Funds Bond Fund of America | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - American Funds Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 19.  - Gabelli Value Fund | B | Dividend | J | T | | | | | |
| 20.  - American Funds - Growth Funds of America | D | Dividend | L | T | | | | | |
| 21.  - American Funds New Perspective Fund | A | Dividend | J | T | | | | | |
| 22.  - RS Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 23.  - American Funds Washington Mutual Investors | C | Dividend | L | T | | | | | |
| 24.  COLLEGE FUND / #1 (H) | | | | | | | | | |
| 25.  - JP Morgan NY 529 Moderate Grwoth Age Based 6-9 CI B Fund | | None | K | T | Redeemed (part) | 10/16/14 | J | | |
| 26.  - JP Morgan NY 529 Moderate Growth Age Based 6-9 Port CL A Fund | | None | J | T | Spinoff (from line 25) | 10/16/14 | J | | |
| 27.  IRA / #2 (H) | | | | | | | | | |
| 28.  - Fidelity Contrafund | D | Dividend | L | T | | | | | |
| 29.  - Fidelity Export & Multinational Fund | A | Dividend | J | T | | | | | |
| 30.  - Fidelity Low Priced Stock Fund | D | Dividend | L | T | | | | | |
| 31.  - Fidelity Diversified International Fund | B | Dividend | K | T | | | | | |
| 32.  - Fidelity Pacific Basin Fund | C | Dividend | L | T | | | | | |
| 33.  BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 34.  - TD Ameritrade - Cash Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 36. - TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 37. - Citigroup Inc Stock (common) | A | Dividend | J | T | | | | | |
| 38. - General Electric Stock (common) | A | Dividend | K | T | | | | | |
| 39. CUSTODIAL ACCOUNT / #1 (H) | | | | | | | | | |
| 40. - General Electric Stock (common) | A | Dividend | J | T | | | | | |
| 41. IRA / #3 (H) | | | | | | | | | |
| 42. - CREF Stock | | None | M | T | | | | | |
| 43. - CREF Growth | | None | M | T | | | | | |
| 44. - CREF Equity Index | | None | M | T | | | | | |
| 45. - CREF Global Equities | | None | M | T | | | | | |
| 46. - TIAA Real Estate | | None | K | T | | | | | |
| 47. - CREF Bond Market | | None | L | T | | | | | |
| 48. Met Life - whole life / life insurange | A | Dividend | J | T | | | | | |
| 49. Note - W.J. Vollack - loan | | None | J | T | | | | | |
| 50. Series EE US Savings Bond | | None | J | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/19/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Claire R. | 04/19/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Claire R. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544